UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW KIM,<br><br>    Plaintiff,<br><br>    v.<br><br>KIHWAN YOON,<br><br>    Defendant. | Case No. 21-cv-04454-SVK<br><br>**ORDER RE JOINT DISCOVERY SUBMISSION:  DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Re: Dkt. No. 32 |

The Court is in receipt of the Parties' joint submission and their individual supplemental submissions regarding three disputed document requests from Defendant directed at the purpose of Plaintiff's travel in July of 2020.  Dkt. Nos. 32, 33, 34.  The Court determines that this matter is suitable for determination without oral argument.  Civ. L-R 7-1(b).  The Court further finds that Defendant's efforts to meet and confer with Plaintiff in the first instance were sufficient, even though ultimately unsuccessful.  However, the Parties failed to fulfill their meet and confer obligations before filing their supplemental position statements.  The Court requires the Parties to have live discussions, by video conference if necessary, regarding any and all disputes *before* bringing them to the Court's attention.  The Court's rulings are set forth in the attached **Exhibit A**.  All productions are to be completed **no later than June 24, 2022**.

**SO ORDERED.**

Dated: June 16, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge